### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **APPLESPRINGS HOLDING COMPANY, INC.,** | Bankruptcy No. 18-22313-CMB |
| Debtor, | **Chapter 11** |
| **APPLESPRINGS HOLDING COMPANY, INC.,** | Document No. |
| Movant, | Hearing Date and Time: October 2, 2018 at 2:30 p.m. |
| vs. | |
| **NO RESPONDENT.** | |

### MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE

**AND NOW** comes AppleSprings Holding Company, Inc., by and through its Counsel, Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, and files the following **MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE** as follows:

1. The Movant is AppleSprings Holding Company, Inc., the Debtor in the above Chapter 11 Case.

2. The Movant commenced the above Chapter 11 Case by filing a Petition for Relief with the Clerk of this Honorable Court on June 7, 2018.

3. The Debtor's Chapter 11 Case was largely predicated upon (1) preserving the Debtor's lease where the Debtor operated its pre-petition bar and restaurant, the Whitefire Grille & Spirits and (2) preserving its liquor license.

4. Regarding the Debtor's lease, the Debtor initiated an Adversary Proceeding for turnover of property against its landlord, Naffah Development, LLC ("Naffah") ("the Adversary Proceeding") and filed a Motion to Enforce Automatic Stay

and for Contempt ("the Contempt Motion"). Both the Adversary Proceeding and the Contempt Motion remain pending.

5. Even if the Debtor is successful in prosecuting the Adversary Proceeding and/or the Contempt Motion, Naffah's claim for past due rent is large and continues to grow. Additionally, there are significant taxes that have been levied against the Debtor's liquor license.

6. Accordingly, the Debtor does not believe that it will be able to formulate a feasible plan.

7. Furthermore, the Debtor no longer has the ability to fund the administration of this Chapter 11 case.

8. Therefore, the Debtor respectfully requests that this Honorable Court convert the instant Chapter 11 Case to a Chapter 7 Case.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order converting the instant Chapter 11 Case to a Chapter 7 Case.

                                                Respectfully Submitted,

Date:  August 27, 2018                  */s/ Robert O Lampl*
                                               ROBERT O LAMPL
                                               PA I.D. #19809
                                               JOHN P. LACHER
                                               PA I.D. #62297
                                               DAVID L. FUCHS
                                               PA I.D. #205694
                                               RYAN J. COONEY
                                               PA I.D. #319213
                                               SY O. LAMPL
                                               PA I.D. #324741
                                               223 Fourth Avenue, 4th Fl.
                                               Pittsburgh, PA  15222
                                               (412) 392-0330 (phone)
                                               (412) 392-0335 (facsimile)
                                               Email:  rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **APPLESPRINGS HOLDING COMPANY, INC.,** | Bankruptcy No. 18-22313-CMB |
| **Debtor,** | Chapter 11 |
| **APPLESPRINGS HOLDING COMPANY, INC.,** | Document No. |
| **Movant,** | Hearing Date and Time: October 2, 2018 at 2:30 p.m. |
| vs. | |
| **NO RESPONDENT.** | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 27th day of August, 2018, a true and correct copy of the foregoing **MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE** was served upon the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Richard J. Thomas
Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A.
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
rthomas@hendersoncovington.com

Date:  <u>August 27, 2018</u>                          <u>*/s/ Robert O Lampl*</u>
                                                                       ROBERT O LAMPL
                                                                       PA I.D. #19809
                                                                       JOHN P. LACHER
                                                                       PA I.D. #62297
                                                                       DAVID L. FUCHS
                                                                       PA I.D. #205694
                                                                       RYAN J. COONEY
                                                                       PA I.D. #319213
                                                                       SY O. LAMPL
                                                                       PA I.D. #324741
                                                                       223 Fourth Avenue, 4th Fl.
                                                                       Pittsburgh, PA  15222
                                                                       (412) 392-0330 (phone)
                                                                       (412) 392-0335 (facsimile)
                                                                       Email:  [rlampl@lampllaw.com](mailto:rlampl@lampllaw.com)